**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 11-7476**

───────────

JOSEPH MCMORRIS, JR.,

          Plaintiff - Appellant,

     v.

LT JON SHERFIELD; DEPUTY KEVIN SMITH,

          Defendants – Appellees,

     and

UNION COUNTY SHERIFFS DEPARTMENT,

          Defendant.

───────────

Appeal from the United States District Court for the District of South Carolina, at Greenville.  J. Michelle Childs, District Judge.  (6:10-cv-00670-JMC)

───────────

Submitted: February 9, 2012       Decided: February 14, 2012

───────────

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Joseph McMorris, Jr., Appellant Pro Se.  Russell W. Harter, Jr., CHAPMAN, HARTER & GROVES, PA, Greenville, South Carolina, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph McMorris, Jr. seeks to appeal the district court's order granting summary judgment to the Defendants in his 42 U.S.C. § 1983 (2006) action. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on January 4, 2011. The notice of appeal was filed on November 3, 2011. Because McMorris failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal for lack of jurisdiction.

DISMISSED